```
1   S. BRETT SUTTON 143107
    brett@suttonhague.com
2   JARED HAGUE 251517
    jared@suttonhague.com
3   ANTHONY GUZMAN II 311580
    anthony@suttonhague.com
4   SUTTON HAGUE LAW CORPORATION
    5200 N. Palm Avenue, Suite 203
5   Fresno, California 93704
    Telephone: (559) 325-0500
6   Facsimile: (559) 981-1217

7   ZACHARY CROSNER 272295
    zach@crosnerlegal.com
8   MICHAEL CROSNER 41299
    mike@crosnerlegal.com
9   CROSNER LEGAL, P.C.
    433 N. Camden Drive, Suite 400
10  Beverly Hills, California 90210
    Telephone: (310) 496-5818
11  Facsimile: (310) 510-6429
```

JS-5

Attorneys for Plaintiff: ANTHONY JORDAN

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

* * *

| | |
|---|---|
| ANTHONY JORDAN, individually, an on behalf of himself and all similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NCI GROUP, INC., a Nevada Corporation; and DOES 1-50, inclusive,<br><br>Defendant. | Case No. 5:16-cv-01701-JVS-SP<br><br>Judge: Hon. James V. Selna<br><br>**PAGA ACTION**<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO RE-OPEN CASE**<br><br>**[Local Rule 7-19]**<br><br>**Date: TBD**<br>**Time: TBD**<br>**Department: 10C**<br><br>Complaint Filed: July 7, 2016 |

1  Having considered the Plaintiff's Ex Parte Application and finding good cause therefore,

2  IT IS HEREBY ORDERED that the Ex Parte Application to Re-Open Case is GRANTED. The
3  dismissal of this case is VACATED and Plaintiff's Unopposed Motion for Approval of Joint Stipulation
4  re Settlement of Representative Action shall be heard on January 8, 2018 at 1:30 p.m. pursuant to
5  Plaintiff's Notice of Unopposed Motion (ECF No. 27).

9  DATED: December 11, 2017         Signed: _____
                                    United State District Judge James V. Selna